## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

      **Plaintiff,**

              **v.**

BRENDA SMITH, BROAD REACH
CAPITAL, LP, BROAD REACH
PARTNERS, LLC, and BRISTOL
ADVISORS, LLC,

      **Defendants**

Case No. _____

## NOTICE OF FILING OF COMPLAINT AND ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754

By an order of the United States District Court for the District of New Jersey,

in *SEC v. Smith, et al.*, Civ. No. 2:19-cv-17213-MCA, entered on June 29, 2020,

Kevin D. Kent, Esquire was appointed the receiver ("Receiver") of all of the assets

and properties of Brenda Smith; Broad Reach Capital, LP; Broad Reach Partners,

LLC; and Bristol Advisors, LLC; and their Affiliated Entities, including BA Smith

& Associates LLC; Bristol Advisors LP; CV Brokerage, Inc.; Clearview Distribution

Services LLC; CV International Investments Limited; CV International Investments

PLC; CV Investments LLC; CV Lending LLC; CV Minerals LLC; BD of Louisiana,

LLC; TA 1, LLC; FFCC Ventures, LLC; Prico Market, LLC; GovAdv Funding

LLC; Elm Street Investors LLC; Investment Consulting LLC; and Tempo Resources LLC. Pursuant to 28 U.S.C. § 754, the Receiver hereby files copies of (a) the Complaint filed on August 27, 2019 (excluding attachments pertaining to the *Ex Parte* Motion for a Temporary Restraining Order), (b) the Temporary Restraining Order of August 27, 2019, (c) the Preliminary Injunction Order of September 10, 2019, and (d) the June 29, 2020 Order appointing Receiver, attached hereto as Exhibits "A" through "D", respectively, for the purpose of vesting the Receiver with jurisdiction and control over all such property located within this District, with the right to take possession thereof. The Receiver sent these documents for filing by mail pursuant to 28 U.S.C. § 754 on July 2, 2020, but these documents were returned to him by letter dated July 10, 2020 and received July 20, 2020, advising that they must be filed using the Court's Electronic Case Filing (ECF) System. The Receiver is thus now re-submitting these documents for filing on the Court's ECF System.

Respectfully Submitted,

Dated: July 21, 2020

*s/ David Lukmire*
David Lukmire
Conrad O'Brien PC
1500 Market Street, Suite 3900
Centre Square, West Tower
Philadelphia, PA 19102
Telephone: 215-523-8314
Fax: 215-864-9620
E-Mail: dlukmire@conradobrien.com
*Counsel for Receiver, Kevin D. Kent, Esq.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, this 21st day of July, 2020, that I caused to be served a true and correct copy of the Notice of Filing of Complaint and Order Appointing Receiver Pursuant to 28 U.S.C. § 754 and all documents in support thereof upon the Securities and Exchange Commission, through counsel by electronic mail, and upon Brenda A. Smith, on behalf of all defendants, via first-class mail, postage prepaid, as follows:

Brenda A. Smith
Permanent ID 2019-339640
CCIS# 07-571432
U.S. Marshalls Number 72832-050
Essex County Correctional Facility
354 Doremus Avenue
Newark, NJ 07105

*s/ David Lukmire*
David Lukmire
Conrad O'Brien PC
*Counsel for Receiver, Kevin D. Kent, Esq.*